UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

YEIRO JOSE ABREU BAUTISTA,

                Plaintiff,                              24-CV-631 (JMF)

      -v-

ANGEL LUIS PAGAN-RODRIGUEZ et al.,

                Defendants.

------------------------------------------------------------------------X

JULIO A MONSERRATE RIVERA,

                Plaintiff,                              24-CV-743 (JMF)

      -v-

                                                                       ORDER

ANGEL LUIS PAGAN-RODRIGUEZ et al.,

                Defendants.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On January 29, 2024, Defendants Angel Luis Pagan-Rodriguez and Ryder Truck Rental, Inc., filed a notice of removal in 24-CV-631.  On February 1, 2024, Pagan-Rodriquez, Ryder, and the remaining Defendants — Kenneth O. Lester Company and PFG Transco, Inc. — filed a similar notice of removal in 24-CV-743.  As of this Order, no motion for consolidation has been filed, but 24-CV-743 has been accepted by the Court as related to 24-CV-631, and the cases appear to involve common questions of law and fact.

        The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes.  Any party who objects to such consolidation shall file a letter

brief, not to exceed three single-spaced pages, by **February 13, 2024**.  If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

It is further ORDERED that Defendants shall promptly serve a copy of this Order on each of the Plaintiffs and file proof of service on the docket.

SO ORDERED.

Dated: February 6, 2024
      New York, New York

                                  JESSE M. FURMAN
                                United States District Judge