UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
YEIRO JOSE ABREU BAUTISTA,                                             :
:
                          Plaintiff,   :   24-CV-631 (JMF)
:
    -v-                                                              :
:
ANGEL LUIS PAGAN-RODRIGUEZ et al.,                                     :
:
                         Defendants.  :
:
-----------------------------------------------------------------------X
:
JULIO A MONSERRATE RIVERA,                                             :
:
                          Plaintiff,   :   24-CV-743 (JMF)
:
    -v-                                                              :
:   ORDER
ANGEL LUIS PAGAN-RODRIGUEZ et al.,                                     :
:
                         Defendants.  :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 29, 2024, Defendants Angel Luis Pagan-Rodriguez and Ryder Truck Rental, Inc., filed a notice of removal in 24-CV-631.  On February 1, 2024, Pagan-Rodriquez, Ryder, and the remaining Defendants — Kenneth O. Lester Company and PFG Transco, Inc. — filed a similar notice of removal in 24-CV-743.  On February 6, 2024, the Court directed any party who objects to consolidation to file a letter brief no later than yesterday.  24-CV-631, ECF No. 5; 24-CV-743, ECF No. 9.  No party filed any objection.

       As the above-captioned actions involve common questions of law and fact and the parties do not object to consolidation, it is hereby ordered that pursuant to Rule 42(a)(2) of the Federal

Rules of Civil Procedure, they are consolidated under the case number 24-CV-631. The initial pretrial conference, already scheduled for the same date and time in both actions, will proceed as previously ordered. 24-CV-631, ECF No. 4; 24-CV-743, ECF No. 8.

It is further ORDERED that the Defendants in the action currently captioned 24-CV-631, in which no appearance has been entered on behalf of Plaintiff on the federal court docket, shall promptly serve a copy of this Order on Plaintiff Yeiro Jose Abreu Bautista and file proof of service on the docket.

The Clerk of court is directed to consolidate 24-CV-631 and 24-CV-743 under case number 24-CV-631, and to close 24-CV-743. **All future filings should be made in 24-CV-631 alone.**

    SO ORDERED.

Dated: February 14, 2024  
       New York, New York

                                                JESSE M. FURMAN  
                                               United States District Judge