UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YEIRO JOSE ABREU BAUTISTA, :
:
              Plaintiffs, :
:
  -v- :
:
ANGEL LUIS PAGAN-RODRIGUEZ et al., :
:
              Defendants. :
:   24-CV-631 (JMF)
-------------------------------------------------------------- :
:      ORDER
:
JULIO A MONSERRATE RIVERA, :
:
              Plaintiff, :
:
  -v- :
:
ANGEL LUIS PAGAN-RODRIGUEZ et al., :
:
              Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 5, 2024, Defendants filed a Letter Motion seeking entry of a confidentiality order — to which Plaintiff Monserrate objects — and seeking to narrow the temporal scope of Monserrate's discovery requests for maintenance, repair, and inspection records from one year to one month. *See* ECF No. 21. Monserrate filed a letter in opposition. *See* ECF No. 28.

      Upon review of the parties' letters, the Court agrees with Defendants that a confidentiality order is appropriate with respect to the materials discussed herein. Monserrate's concerns about public access are well taken, but the proposed order would not prevent the at-issue materials from being publicly offered in evidence at trial or in connection with motion practice unless the Court determines they are entitled to further protection in light of the presumption in favor of public access to judicial documents. By contrast, the Court agrees with Monserrate that a one-year window for discovery related to maintenance, repair, and inspection records is not unreasonably broad.

      Accordingly, Defendants' motion is GRANTED as to the confidentiality order but

DENIED as to the narrowing of discovery production. The parties should confer and submit to the Court a proposed confidentiality order, consistent with this Order, no later than April 25, 2024. The Clerk of Court is directed to terminate ECF No. 21.

    SO ORDERED.

Dated: April 22, 2024
       New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge