UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YEIRO JOSE ABREU BAUTISTA,

           Plaintiff,

  -v-

ANGEL LUIS PAGAN-RODRIGUEZ et al.,

           Defendants.

---

JULIO A MONSERRATE RIVERA,

           Plaintiff,

  -v-

ANGEL LUIS PAGAN-RODRIGUEZ et al.,

           Defendants.

---

24-CV-631 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Case Management Plan and Scheduling Order, ECF No. 18, the parties were required to file a joint letter "indicating whether they would like the Court to refer the case to the assigned Magistrate Judge and/or the Court mediation program for settlement purposes and, if so, approximately when they believe a settlement conference should be held," no later than June 20, 2024. To date, the parties have not filed any such letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 25, 2024**.

      SO ORDERED.

Dated: June 21, 2024
      New York, New York

                                                JESSE M. FURMAN
                                              United States District Judge