UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
YEIRO JOSE ABREU BAUTISTA, :
:
Plaintiff, :
: 24-CV-631 (JMF)
-v- :
: ORDER
ANGEL LUIS PAGAN-RODRIGUEZ et al., :
:
Defendants. :
:
------------------------------------------------------------------ X
:
ANGEL LUIS PAGAN-RODRIGUEZ et al., :
:
Plaintiffs, :
:
-v- :
:
JULIO A MONSERRATE RIVERA, :
:
Defendant. :
:
------------------------------------------------------------------ X
:
JULIO A MONSERRATE RIVERA, :
:
Plaintiff, :
:
-v- :
:
ANGEL LUIS PAGAN-RODRIGUEZ et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed during the telephone conference held earlier today:

- Fact discovery is closed, except for the loose ends discussed during the conference (one

additional deposition and limited document production), which shall be completed by **October 18, 2024**;

- The deadline for the completion of expert discovery remains **November 25, 2024**; and

- The parties shall file a joint letter by **November 25, 2024**, confirming that no summary judgment motions will be filed, or, if a motion or motions for summary judgment are anticipated, proposing an appropriate briefing schedule.

By separate Order, the Court is referring this matter to the Court-annexed mediation program.

The parties should attend a mediation session before the close of expert discovery.

SO ORDERED.

Dated: October 1, 2024
       New York, New York

                                      JESSE M. FURMAN
                                    United States District Judge