UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
YEIRO JOSE ABREU BAUTISTA,                                             :
:
                Plaintiff,                                :
:
    -v-                                                              :
:
ANGEL LUIS PAGAN-RODRIGUEZ et al.,                                     :
:
                Defendants.                               :
:    24-CV-631 (JMF)
-----------------------------------------------------------------------X
:    <u>ORDER</u>
JULIO A MONSERRATE RIVERA,                                             :
:
                Plaintiff,                                :
:
    -v-                                                              :
:
ANGEL LUIS PAGAN-RODRIGUEZ et al.,                                     :
:
                Defendants.                               :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's October 1, 2024 Order, *see* ECF No. 54, the parties were required to file a joint letter "confirming that no summary judgment motions will be filed, or, if a motion or motions for summary judgment are anticipated, proposing an appropriate briefing schedule," no later than November 25, 2024. To date, the parties have not filed any such letter. In light of the recent extension of the expert discovery deadline, *see* ECF No. 58, however, the deadline for the parties' joint letter is hereby EXTENDED, *nunc pro tunc*, to **January 3, 2025**.

       SO ORDERED.

Dated: November 26, 2024                              _____
       New York, New York                         JESSE M. FURMAN
                                                  United States District Judge