UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YEIRO JOSE ABREU BAUTISTA, :
:
Plaintiff, :
: 24-CV-631 (JMF)
-v- :
: ORDER
ANGEL LUIS PAGAN-RODRIGUEZ et al., :
:
Defendants. :
:
------------------------------------------------------------------ X
:
ANGEL LUIS PAGAN-RODRIGUEZ et al., :
:
Third-Party Plaintiffs, :
:
-v- :
:
JULIO A. MONSERRATE RIVERA, :
:
Third-Party Defendant. :
:
------------------------------------------------------------------ X
:
JULIO A. MONSERRATE RIVERA, :
:
Plaintiff, :
:
-v- :
:
ANGEL LUIS PAGAN-RODRIGUEZ et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed on the record during the telephone conference held earlier today:

- The deadline for expert discovery is hereby extended, and all expert discovery including

rebuttal reports shall be completed by **February 25, 2025**.  **No further extensions of that deadline will be granted.**

- The parties shall file a joint letter by **March 4, 2025**, confirming that no summary judgment motions will be filed, or, if a motion or motions for summary judgment are anticipated, proposing an appropriate briefing structure and schedule.

SO ORDERED.

Dated: January 3, 2025
      New York, New York

                                                JESSE M. FURMAN
                                              United States District Judge