UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
YEIRO JOSE ABREU BAUTISTA,                                           :
:
                Plaintiff,                                        :      24-CV-631 (JMF)
:
     -v-                                                           :        ORDER
:
:
ANGEL LUIS PAGAN-RODRIGUEZ, et al.,                                  :
:
                Defendants.                                       :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that all parties appear for a conference with the Court on **May 13, 2025** at **11:30 a.m.** The parties should be prepared to discuss a trial date (and, thus, should be armed with any and all dates on which they would not be available through November).

      The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: May 6, 2025
      New York, New York

                                                 _____
                                                  JESSE M. FURMAN
                                         United States District Judge