UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YEIRO JOSE ABREU BAUTISTA,                                        :
:
Plaintiff,                                                        :
:                    24-CV-631 (JMF)
-v-                                                               :
:                    ORDER
:
ANGEL LUIS PAGAN-RODRIGUEZ, et al.,                               :
:
Defendants.                                                       :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated during the teleconference held earlier today:

- No later than **July 24, 2025**, the parties shall submit a joint letter updating the Court on the status of the parties' settlement discussions and addressing whether there is anything the Court can do to facilitate settlement.

- The final pretrial conference will be held on **October 16, 2025, at 3:00 p.m**. in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

- The trial will begin on **October 20, 2025, at 9:30 a.m**.  This trial date is a firm date. Among other things, the trial date will not be adjourned on account of a settlement in principle; that is, unless the parties (1) file a stipulation of dismissal or settlement or (2) appear in person to put the material terms of a settlement on the record, the parties should be prepared to go to trial as scheduled.

Counsel should familiarize themselves with the Court's Individual Rules and Practices for Trials, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

    SO ORDERED.

Dated: May 13, 2025
       New York, New York
                                                   JESSE M. FURMAN
                                             United States District Judge