```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
YEIRO JOSE ABREU BAUTISTA et al.,                     :
                                                      :
                       Plaintiff,                     :
                                                      :          24-CV-631 (JMF)
             -v-                                      :
                                                      :              ORDER
                                                      :
ANGEL LUIS PAGAN-RODRIGUEZ, et al.,                   :
                                                      :
                       Defendants.                    :
                                                      :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The Court previously advised that it has a felony criminal trial scheduled to begin on October 20, 2025, the date set for trial in this case, and that the criminal trial would take precedence over this case.  *See, e.g.*, ECF No. 101, at 1 n.1; *see also* ECF No. 104.  The criminal trial is going forward.  Accordingly, unless and until the Court orders otherwise, trial in this matter is ADJOURNED to **January 12, 2026,** at **9:00 a.m.**  In light of that, the final pretrial conference is ADJOURNED to **January 8, 2026,** at **11:00 a.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY (which is the undersigned's new courtroom — and will thus be the courtroom for trial as well).  **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

**The trial date should be treated as a firm date.**  Counsel should immediately confirm the trial date with any and all witnesses and advise the Court if the date is a problem.  If counsel fails to bring any such conflict to the Court's attention within the next three days, no adjournments will be granted on that basis.

The parties are advised that the trial date will not be adjourned on account of a settlement in

principle; put differently, unless the parties (1) file a stipulation of dismissal or settlement or (2) appear in person to put the material terms of a settlement on the record (and the Court approves the settlement to the extent that such approval is required), the parties should be prepared to go to trial as scheduled.

Finally, on April 23, 2025, counsel for plaintiff Yeiro Jose Abreu Bautista advised the Court that a settlement was reached as to Bautista only and that the parties would be filing a stipulation of discontinuance.  *See* ECF No. 85.  The Court has not received that stipulation to date.  No later than **October 16, 2025**, the parties shall either file a stipulation of discontinuance as to Bautista or file a joint update letter.

SO ORDERED.

Dated: October 9, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge