UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :

JULIO MONSERRATE RIVERA,              :
                    :
           Plaintiff,          :
                    :          24-CV-631 (JMF)
     -v-               :
                    :           ORDER
ANGEL LUIS PAGAN-RODRIGUEZ et al.,  :
                    :
          Defendants.      :
                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

At the final pretrial conference held earlier today, the parties indicated that they do not, at present, intend to order a transcript of the trial proceedings in this case, which are to begin on January 20, 2026. The Court has confirmed that if the parties do not order a transcript, the Southern District Reporters will furnish only one court reporter for trial, which would necessitate frequent breaks and extend the length of the trial. Additionally, in the absence of a transcript being ordered, any request by the jury for any portion of the transcript during its deliberations would pose significant problems and result in unwarranted delays.

Accordingly, upon reflection, the Court is inclined to mandate that the parties order the trial transcript and split the costs of doing so. *See Liberty Theaters Inc.*, No. 99-7585, 1999 WL 1070076, at *1 (2d Cir. Nov. 18, 1999) (unpublished order) (holding that daily trial transcripts were "necessarily obtained" for use in the case when the district court ordered the parties to obtain them and therefore could be taxed); *see also* 28 U.S.C. § 1920. If the parties object to the Court doing so, they are directed to file a letter no later than **January 15, 2026**, at **3:00 p.m.** citing authority for the proposition that it would be error for the Court to do so.

       SO ORDERED.

Dated: January 14, 2026
      New York, New York                      _____
                                       JESSE M. FURMAN
                               United States District Judge