UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                    :

JULIO MONSERRATE RIVERA,          :

                                      :

            Plaintiff,              :

                                      :          24-CV-0631 (JMF)

     -v-                        :

                                      :             ORDER

ANGEL LUIS PAGAN-RODRIGUEZ et al.,   :

                                      :

           Defendants.        :

                                      :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On January 15, 2026, the Court instructed the parties to file a letter by January 16, 2026, at 3:00 p.m. if they objected to the Court issuing an order mandating that they order trial transcripts. *See* ECF No. 112. The parties have not filed any such letter. Accordingly, the parties shall order the trial transcripts and split the cost of doing so. *See Liberty Theaters Inc. v. Becker*, No. 99-7585, 1999 WL 1070076, at *1 (2d Cir. Nov. 18, 1999).

Relatedly, the parties inquired by email whether they should order same day or next day service of the transcripts. Either suffices for the Court's purposes. The parties should contact the Southern District Reporters to make the appropriate arrangements.

        SO ORDERED.

Dated: January 15, 2026
      New York, New York                    _____
                                          JESSE M. FURMAN
                                  United States District Judge